**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-2261

MOHAMMAD A. MIAN,

                    Plaintiff - Appellant,

          v.

GENERAL MANAGER, Baltimore-Washington Manheim Auction;
BALTIMORE-WASHINGTON MANHEIM AUCTION,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Theodore D. Chuang, District Judge.
(8:14-cv-02534-TDC)

Submitted:  March 17, 2016           Decided:  April 13, 2016

Before KING, GREGORY, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mohammad A. Mian, Appellant Pro Se.  G. Brendan Ballard,
SUTHERLAND ASBILL & BRENNAN, LLP, Washington, D.C., for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mohammad A. Mian appeals the district court's orders dismissing his complaint and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Mian v. Gen. Manager, No. 8:14-cv-02534-TDC (D. Md. May 22, 2015; Oct. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED